UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

vs.                                          2:06-cr-55-FtM-99DNF

CHARLES JONAS GREEN

_____

**OPINION AND ORDER**

On September 25, 2006, United States Magistrate Judge Douglas
N. Frazier submitted a Report and Recommendation (Doc. #57) to the
Court recommending that Defendant's Motion to Suppress Involuntary
Statements (Doc. #38) be denied.  Defendant filed objections (Doc.
#59) on September 29, 2006.

After conducting a careful and complete review of the findings
and recommendations, a district judge may accept, reject or modify
the magistrate judge's report and recommendation.  28 U.S.C. §
636(b()1); Williams v. Wainwright, 681 F.2d 732, 732 (11th Cir.
1982), cert. denied, 459 U.S. 1112 (1983).  A district judge "shall
make a de novo determination of those portions of the report or
specified proposed findings or recommendations to which objection
is made."  28 U.S.C. § 636(b)(1)(C).  This requires that the
district judge "give fresh consideration to those issues to which
specific objection has been made by a party." Jeffrey S. by Ernest
S. v. State Bd. of Educ. of Ga., 896 F.2d 507, 512 (11th Cir.

1990)(quoting H.R. 1609, 94th Cong., § 2 (1976)).  The district judge reviews legal conclusions *de novo*, even in the absence of an objection.  See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994).

After reviewing the Report and Recommendation, the Objections, and the transcript of the evidentiary hearing (Doc. #56), the Court fully agrees with the findings of fact and conclusions of law made by the magistrate judge.  Accordingly, the Court will adopt the Report and Recommendation and will deny the motion to suppress.

Accordingly, it is now

**ORDERED**:

1.   The Magistrate Judge's Report and Recommendation (Doc. #57) is **accepted and adopted**, and it is specifically incorporated into this Order.

2.   Defendant's Motion to Suppress Involuntary Statements (Doc. #38) is **DENIED**.

**DONE AND ORDERED** at Fort Myers, Florida, this   16th   day of October, 2006.

_____
JOHN E. STEELE
United States District Judge

Copies:
Hon. Douglas N. Frazier
Counsel of Record
DCCD